### UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NATIONAL FIRE & MARINE INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. CIV-22-468-G |
| **KINGS AUTO SALES INC. et al,** | ) ) ) |
| **Defendants.** | ) ) |

## DEFAULT JUDGMENT

Pursuant to the Clerk's Entry of Default and the Court's Order granting Plaintiff's Motion for Default Judgment, the Court enters judgment for Plaintiff National Fire & Marine Insurance Company against Defendants Kings Auto Sales Inc. and Samir El Youbi, as follows. The Court ORDERS, ADJUDGES, and DECREES that:

1. The Commercial Policy providing Garage Coverage, policy no. 72 GHS 036561, with policy period from 08/03/2016 to 08/03/2017, issued by National Fire & Marine Insurance Company in favor of Kings Auto Sales Inc., Named Insured, does not provide coverage for the claims asserted by Kathleen Nunley Monahan and Peter Monahan against Kings Auto Sales, Inc., Samir El Youbi, and Isidro Acosta arising out of the Monahans' vehicular accident on or about December 29, 2016, as alleged in the Monahans' action for damages filed in the Superior Court of the State of California in and for the County of Mendocino, captioned *Monahan v. Acosta, et al.*, Case No. SCUK-CVPM-18-71886 ("the Lawsuit"); and

2. National Fire & Marine Insurance Company is under no duty to pay or in any way satisfy or partially satisfy the judgment entered in the Lawsuit and registered as a foreign judgment in the State of Oklahoma.

ENTERED this 28th day of September, 2023.

*[signature]*
CHARLES B. GOODWIN
United States District Judge